UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ATHENS TECHNICAL SPECIALISTS INC.,

    **Plaintiff,**

  v.

SEAN WHITE, *et al.*,

    **Defendants.**

Civil Action 2:25-cv-1205
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on a Motion filed by Plaintiff seeking to file under seal its Complaint and Exhibits ("Motion to Seal"). (ECF No. 4.) Therein, Plaintiff represents that the publicly filed, redacted copies of these documents (ECF No. 1) omit trade secrets that are protected by the Defend Trade Secrets Act ("DTSA"), 18 U.S.C. § 1836 (ECF No. 4). Plaintiff further asserts that public disclosure of this information would provide competitors with a significant advantage and that the public has a limited interest in accessing this proprietary business information. (ECF No. 4.) Plaintiff notes too that its request is narrowly tailored, in that it seeks only targeted redactions rather than wholesale sealing. (*Id.*)

Based on these representations, the Court concludes that the Complaint and the Exhibits contain confidential information that should be shielded from disclosure. Accordingly, for good cause shown, Plaintiff's Motion to Seal is **GRANTED**. Plaintiff's redacted copies of its Complaint and Exhibits remain on the docket. Plaintiff is **ORDERED** to file under seal unredacted copies of these same document **WITHIN SEVEN DAYS** of the date of this Order.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE